No. 74–6459. AINSWORTH *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. Reported below: 304 So. 2d 656.

No. 74–6470. HEMSTREET *v.* STATE PERSONNEL BOARD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–6481. HIRSCH *v.* MARYLAND STATE BAR ASSN., INC. Ct. App. Md. Certiorari denied. Reported below: 274 Md. 368, 335 A. 2d 108.

No. 74–6517. CHAMBLER *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. Reported below: 509 F. 2d 574.

No. 74–6560. WHEELER *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.